**\*E-FILED\***
**January 12, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH DOSSETT, | No. C 07-00080 JF (RS) |
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| | **RE: REFERRED MATTERS** |
| MERCK & COMPANY, INC., | |
| Defendant. | |

I hereby recuse myself from hearing or determining any matters which have been referred to me as Magistrate Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another Magistrate Judge.

IT IS SO ORDERED.

Dated: January 12, 2007

RICHARD SEEBORG
United States Magistrate Judge

Dockets.Justia.com

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Steven J. Boranian    sboranian@reedsmith.com

Rachael Raymon Gilmer    rgilmer@levinlaw.com, jsullivan@levinlaw.com

Amanda Jane Murray    amurray@reedsmith.com, gguzik@reedsmith.com

Brian J. Panish    bpanish@gbpwlaw.com, cdesimone@gbpwlaw.com

Troy Alan Rafferty    trafferty@levinlaw.com, balverson@levinlaw.com

Thomas Joonyul Yoo    Tyoo@reedsmith.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 12, 2007

                                /s/ BAK
                                Chambers of Magistrate Judge Richard Seeborg