**E-Filed 3/23/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RANDOLPH DOSSETT,<br><br>                Plaintiff.<br>v.<br><br>MERCK & COMPANY, INC., et al.,<br><br>                Defendants. | Case Number C 07-0080 JF<br><br>ORDER[1] GRANTING MOTION TO STAY<br><br>[re: docket nos. 11, 13] |

    This case is one of many around the country pertaining to the alleged side-effects of the drug Vioxx. Defendant Merck & Company, Inc. ("Merck") moves to stay proceedings pending a decision on transfer by the judicial panel on multidistrict litigation ("the MDL Panel"). Plaintiff opposes the motion to stay and moves to remand the case to state court on the basis that this Court lacks subject matter jurisdiction. Merck opposes the motion to remand on the basis that diversity was destroyed by fraudulent joinder of non-diverse defendants. The Court heard oral argument on both motions on March 23, 2007.

    Merck provided notice to the MDL Panel of this "tag-along" action on January 12, 2007. The MDL Panel issued a conditional transfer order on February 1, 2007. According to Merck, at

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-0080 JF
ORDER GRANTING MOTION TO STAY
(JFLC1)

1  present there are more than forty-five California cases that involve the same allegedly fraudulent
2  joinder.  Other courts in this district have stayed actions on similar or identical facts pending a
3  determination by the MDL Panel.  *See e.g.* Memorandum & Order Re. Motion to Remand,
4  *Johnson v. Merck & Co., Inc.*, Case No. C 05-2881 (N.D.Cal. Mar. 2, 2007).

5        While the motion to remand the case advances strong arguments, these arguments may
6  be heard by the MDL Panel and by the transferee court in the event transfer is ordered.  In light of
7  this consideration, in view of the rulings of other courts on this issue, and in the interest of
8  judicial economy and consistency, the Court will stay this action pending a decision on transfer
9  by the MDL Panel.

11  IT IS SO ORDERED.

13  DATED: March 23, 2007.

                                                                   JEREMY FOGEL
                                                                   United States District Judge

Case No. C 07-0080 JF
ORDER GRANTING MOTION TO STAY
(JFLC1)

1  This Order has been served upon the following persons:

2  Steven J. Boranian			sboranian@reedsmith.com

3  Michael K. Brown			mkbrown@reedsmith.com

4  Kanika D. Corley			kcorley@mpplaw.com,

5  Rachael Raymon Gilmer		rgilmer@levinlaw.com, jsullivan@levinlaw.com

6  Amanda Jane Murray		amurray@reedsmith.com, gguzik@reedsmith.com

7  Brian J. Panish			bpanish@gbpwlaw.com, cdesimone@gbpwlaw.com

8  Troy Alan Rafferty			trafferty@levinlaw.com, balverson@levinlaw.com

9  Alison B. Riddell			ariddell@reedsmith.com, rallen@reedsmith.com

10 Thomas Joonyul Yoo			Tyoo@reedsmith.com

11
   Notice will be delivered by other means to:
12
   Kevin R. Boyle
13 Panish Shea & Boyle LLP
   11111 Santa Monica Boulevard
14 Suite 700
   Los Angeles, CA 90025
15
   Bruce C. Fishelman
16 Greene Broillet & Wheeler LLP
   100 Wilshire Boulevard
17 Suite 2100
   P.O. Box 2131
18 Santa Monica, CA 90407-2131

19 M Helaine Hatter
   Greene Broillet & Wheeler LLP
20 The Cochran Firm
   100 Wilshire Blvd Fl 21
21 Santa Monica, CA 90401-1110

22 Pete Kaufman
   Levin Papantonio Thomas Mitchell Echsner
23 316 South Baylen Street, Suite 600
   Pensacola, FL 32502
24
   Geoffrey S. Wells
25 Attorney at Law
   Greene Broillet & Wheeler LLP
26 100 Wilshire Boulevard
   Suite 2100
27 P.O. Box 2131
   Santa Monica, CA 90407-2131
28

3

Case No. C 07-0080 JF
ORDER GRANTING MOTION TO STAY
(JFLC1)

1  Timothy J. Wheeler
   Greene Broillet & Wheeler LLP
2  100 Wilshire Boulevard
   Suite 2100
3  P.O. Box 2131
   Santa Monica, CA 90407-2131
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

Case No. C 07-0080 JF
ORDER GRANTING MOTION TO STAY
(JFLC1)